# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of | Case Number: 1:12-cv-5546

MICHAEL LASALVIA, Plaintiff
v.
RUSSELL WASENDORF SR, RUSSELL WASENDORF JR.,
BRENDA CUYPERS and SUSAN MARY O'MEARA,
Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MICHAEL EIDELMAN, AS TEMPORARY RECEIVER FOR RUSSELL WASENDORF SR.

| | |
|---|---|
| NAME (Type or print) Randall M. Lending | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Randall M. Lending | |
| FIRM Vedder Price P.C. | |
| STREET ADDRESS 222 N. LaSalle Street | |
| CITY/STATE/ZIP Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6198407 | TELEPHONE NUMBER 312-609-7500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |