# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In re Peregrine Financial Group Customer Litigation* | Civil Action No.: 12-cv-5546 <br><br> Judge Sharon Johnson Coleman <br><br> Magistrate Judge Daniel G. Martin |

## PLAINTIFFS' STATUS REPORT

Plaintiffs present this report in advance of the status conferences scheduled for September 6, 2013, before Judge Coleman and Judge Martin. (Dkt. #133, #134.)

The status conferences were originally set for May 13, 2013, but were twice postponed after the Honorable Carol A. Doyle issued an order staying this litigation. *See generally Bodenstein v. Pannkuk*, No. 13-00675, Dkt. #16, #28 (Bankr. N.D. Ill.). Judge Doyle's order was entered in an adversary proceeding initiated by the bankruptcy trustee for the Peregrine Financial Group Inc. estate (the "Trustee"). The Trustee sued Plaintiffs in early May to enjoin this litigation, contending that he needed more time was needed to evaluate related claims of the Peregrine estate. *Bodenstein*, No. 13-00675, Dkt. #1. In the interest of avoiding costly and potentially unnecessary litigation, Plaintiffs consented to a temporary stay, which Judge Doyle entered on May 10th. *Bodenstein*, No. 13-00675, Dkt. #16. The parties later agreed to extend the stay three times, and the most recent order sets the stay's expiration date on October 14, 2013. *Bodenstein*, No. 13-00675, Dkt. #31.

During the pendency of the stay, Plaintiffs have conferred repeatedly with the Trustee and his representatives, with the goal of eliminating the controversy regarding the estate claims and avoiding duplication of effort. Plaintiffs remain hopeful they will reach an agreement with the Trustee that will avoid the need for any further extension of the stay. Following the execution of such an agreement and the lifting of the stay, Plaintiffs anticipate an amendment of the operative complaint in this case and resumption of motion practice.

Although the stay remains in place, Plaintiffs plan to appear for the status hearings as scheduled on September 6th, unless otherwise ordered. As things stand, Plaintiffs and U.S. Bank are both set to appear before Judge Martin that morning on the related matter of U.S. Bank's motion to depose Russell Wasendorf. (*See* Dkt. #138.)

Dated: September 4, 2013          Respectfully submitted,

      /s/ Michael Dell'Angelo

Merrill G. Davidoff
Michael C. Dell'Angelo
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
mdellangelo@bm.net

Daniel C. Girard
Amanda M. Steiner
David Stein
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dcg@girardgibbs.com

*Co-Lead Counsel for Plaintiffs
and the Proposed Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2013, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Michael Dell'Angelo