Michael LaSalvia, et al.
                        Plaintiff,

v.                                              Case No.: 1:12–cv–05546
                                                Honorable Sharon Johnson Coleman

Russell R Wasendorf, Sr, et al.
                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 9,2013:

    MINUTE entry before Honorable Daniel G. Martin: Status hearing set for 10/28/2013 at 09:30 AM.Mailed notice(lxs, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.