# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Michael LaSalvia, et al.

                            Plaintiff,

v.                                          Case No.: 1:12−cv−05546
                                            Honorable Sharon Johnson Coleman

Russell R Wasendorf Sr., et al.

                            Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 24, 2013:

        MINUTE entry before Honorable Sharon Johnson Coleman: This case is being reassigned to form the initial calendar of Judge Sara Ellis. Status hearing set before this court to 10/28/2013 is hereby stricken.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.