# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## ORDER OF THE EXECUTIVE COMMITTEE

It appearing that, pursuant to the Executive Committee Order entered on October 15, 2013, the civil cases on the attached list have been selected for reassignment to form the initial calendar of the Honorable Sara L. Ellis, therefore

IT IS HEREBY ORDERED that the attached list of 291 cases be reassigned to the Honorable Sara L. Ellis.

IT IS FURTHER ORDERED that this order shall become effective on Thursday, October 24, 2013.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

Hon. Rubén Castillo, Chief Judge

Dated at Chicago, Illinois this _23rd_ day of October, 2013

List of Cases to be Reassigned from The Honorable Marvin E. Aspen to the Initial Calendar of The Honorable Sara L. Ellis

| | |
|---|---|
| 10 C 06200 | Alvarado v. City of Chicago, a municipal corporation et al. |
| 12 C 07159 | Johansen v. Vivint, Inc. |
| 13 C 01220 | Jordan v. CH2M HILL, Inc. |
| 13 C 04145 | Rehal v. Giarrante et al. |
| 13 C 05877 | Miller v. Officer Toledo |
| 13 C 06694 | Primack et al. v. State Farm Automobile Insurance Company et al. |

List of Cases to be Reassigned from The Honorable Elaine E. Bucklo to the Initial Calendar of The Honorable Sara L. Ellis

| | |
|---|---|
| 10 C 05167 | Smith v. Director of IDOC et al |
| 12 C 00973 | Deutsche Bank National Trust Company v. Pickar et al |
| 12 C 04546 | Smith v. Altman et al |
| 12 C 08689 | United Central Bank v. Parsram et al |
| 12 C 08985 | House of Brides, Inc. v. Dessy Marketing & Distribution, Inc. |
| 13 C 01905 | Deutsche Bank National Trust Company v. Reyes et al |
| 13 C 03316 | J&J Sports Productions, Inc. v. Mojica et al |
| 13 C 04038 | SABR Mortgage Loan 2008-1 REO Subsidiary-1 LLC v. Ramirez et al |
| 13 C 04847 | Hill et al v. Rubald et al |
| 13 C 05364 | Deloney v. Schwartz et al |
| 13 C 05969 | MONTY SPV, LLC v. John H Muehlstein  et al |
| 13 C 06651 | J&J Sports Productions, Inc. v. Doe et al |

List of Cases to be Reassigned from The Honorable Rubén Castillo to the Initial Calendar of The Honorable Sara L. Ellis

|  |  |
|---|---|
| 10 C 04603 | Lippert v. Ghosh et al. |
| 13 C 01434 | Lippert v. Hardy et al. |
| 12 C 00746 | Koursa, Inc. v. Manroland Inc. |
| 12 C 09388 | Smith v. Donahoe |
| 13 C 02114 | Jarmasek v. PNC Bank, N.A. |
| 13 C 04295 | Best Buy Stores, LP v. Osman Construction Corporation |
| 13 C 06213 | Business Process Management Professionals v. Brainstorm Group, Inc. |

List of Cases to be Reassigned from The Honorable Edmond E. Chang to the Initial Calendar of
The Honorable Sara L. Ellis

| | |
|---|---|
| 07 C 04446 | In re: Evanston Northwestern Healthcare Corporation Antitrust Litigation |
| 11 C 01091 | Bajdo v. Rednour et al. |
| 11 C 08927 | Experian Information Solutions, Inc. v. Carfax, Inc. |
| 12 C 04441 | Allison vs. The Boeing Company et al. |
| 12 C 06792 | Sepulveda v. Dart et al. |
| 12 C 10264 | Jean Prabhakaran-Luckett v. Saints Mary and Elizabeth Medical et al. |
| 13 C 01524 | Lucas et al. v. Gold Standard Baking, Inc., et al. |
| 13 C 02824 | Rice v. Roberson |
| 13 C 04084 | Ferguson v. City of Chicago |
| 13 C 05218 | Turentine v. City Of Chicago et al. |
| 13 C 06031 | McCulley v. Colvin |
| 13 C 06436 | Halley v. Aetna Life Insurance Company |

List of Cases to be Reassigned from The Honorable Sharon Johnson Coleman to the Initial
Calendar of The Honorable Sara L. Ellis

| | |
|---|---|
| 10 C 03894 | Watts v. Hodge et al. |
| 11 C 04268 | Thomas v. Hardy et al. |
| 12 C 01468 | Grant v. Sorman & Frankel LTD et al. |
| 12 C 05546 | In re Peregrine Financial Group Customer Litigation |
| 12 C 07967 | Yellow Group LLC et al. v. Uber Technologies, Inc. |
| 13 C 02407 | Manzo et al. v. Uber Technologies, Inc. et al. |
| 12 C 10168 | U.S. Bank National Association v. Quinones et al. |
| 13 C 01696 | Martin v. City Of Chicago et al. |
| 13 C 02885 | Reilly v. Continental Casualty Co. |
| 13 C 03997 | Gaines v. City Of Chicago et al. |
| 13 C 04940 | Mims v. Cook County Jail |
| 13 C 05865 | Sidney Hillman Health Center et al. v. Abbott Laboratories et al. |
| 13 C 06589 | Cannon et al. v. Forest Preserve District of Cook County, Illinois et al. |

List of Cases to be Reassigned from The Honorable John W. Darrah to the Initial Calendar of
The Honorable Sara L. Ellis

| | |
|---|---|
| 04 C 00146 | Smart Mkg Grp Inc v. Consumer Guide LLC |
| 11 C 08712 | Schwingel v. Elite Protection & Security, Ltd. |
| 12 C 02309 | Sharif v. Ghosh et al. |
| 12 C 04100 | Desmond v. Ford Motor Company |
| 12 C 05685 | Sharif v. Carter et al. |
| 12 C 09276 | Patel v. Caterpillar Inc |
| 12 C 09844 | Porter et al. v. Pipefitters Association et al. |
| 13 C 00703 | Alvarez v. Wexford Health Sources Inc. et al. |
| 13 C 01246 | U.S. Bank National Association v. Fuentes et al. |
| 13 C 02026 | Joubert v. EmployeeScreenIQ, Inc. |
| 13 C 03231 | J&J Sports Productions, Inc. v. Morales et al. |
| 13 C 04142 | Sheet Metal Workers Local No. 73 et al. v. Wantuck Heating and Air |

List of Cases to be Reassigned from The Honorable Samuel Der-Yeghiayan to the Initial
Calendar of The Honorable Sara L. Ellis

| | |
|---|---|
| 12 C 01906 | Anthony Marano Company v. J & S Produce Corp. et al. |
| 12 C 07531 | Elmore v. City of Chicago Board of Education |
| 12 C 09916 | Azada v. Cardinal Health 200, LLC |
| 13 C 01406 | Stoner v. Village of Downers Grove et al. |
| 13 C 02111 | Construction Workers Pension Fund v. Navistar Corporation et al. |
| 13 C 03487 | Baillie v. City of Zion et al. |
| 13 C 03810 | Redman v. City Of Chicago |
| 13 C 04723 | Williams v.  Service Employees International Union, Local 1, et al. |
| 13 C 05432 | Cement Masons Pension, Local 502 et al. v. Mosley Construction, Inc. |
| 13 C 05902 | Central, Southeast and Southwest  Fund et al. v. Kinnie-Annex Cartage |
| 13 C 06325 | Calvo et al. v. Trinity Cable Communications, Inc.  et al. |
| 13 C 06808 | Young v. Cook County et al. |

List of Cases to be Reassigned from The Honorable Robert M. Dow Jr. to the Initial Calendar of
The Honorable Sara L. Ellis

| | |
|---|---|
| 09 C 05291 | Equal Employment Opportunity Commission v. United Parcel Service |
| 10 C 07171 | Kuhn v. United Airlines |
| 11 C 06754 | U.S. Equal Employment Opportunity Commission v. Source One Staffing |
| 12 C 01402 | Adams v. Ghosh et al. |
| 12 C 05242 | Brown v. U.S. Postal Service |
| 12 C 07623 | Porche v. Herrera |
| 13 C 03492 | Porche v. Hudson |
| 12 C 09700 | Dimov et al. v. Sloan Valve Company |
| 13 C 03091 | Bank of America, N.A. v. College of the Ozarks |
| 13 C 04037 | U.S. Bank National Association v. Pachter, Jr. et al. |
| 13 C 05084 | Stavropoulos v. Hewlett-Packard Company |
| 13 C 06003 | Parker v. Castillo, et al. |
| 13 C 06765 | Arrieta v. Wexford Health Care Services et al. |

List of Cases to be Reassigned from The Honorable Thomas M. Durkin to the Initial Calendar of The Honorable Sara L. Ellis

| | |
|---|---|
| 09 C 05555 | Chapman v. First Index, Inc. |
| 11 C 04418 | James v. Halter et al. |
| 12 C 01520 | Hill-Lee et al. v. Wells Fargo Dealer Services, Inc. et al. |
| 12 C 05068 | Johnson v. Beach Park School Dist. |
| 12 C 07005 | Richelieu Foods, Inc. v. New Horizon Warehouse Distribution Center, Inc. |
| 12 C 08784 | U.S. Bank National Association v. Luna et al. |
| 13 C 00922 | Lopez v. Town Of Cicero et al. |
| 13 C 03388 | CM Global Sourcing Company, Ltd. et al. v. Heritage Safe Co., Ltd. |
| 13 C 03436 | US Bank National Association v. Medina et al. |
| 13 C 04417 | Vehicle Intelligence and Safety LLC v. Mercedes-Benz USA, LLC et al. |
| 13 C 05550 | Hound and Gatos Pet Foods Corp. v. Evanger Dog and Cat Food Inc. et al. |
| 13 C 06495 | Fairley et al. v. Panalpina, Inc. |

List of Cases to be Reassigned from The Honorable Gary Feinerman to the Initial Calendar of
The Honorable Sara L. Ellis

| | |
|---|---|
| 10 C 00141 | Wilson v. Davis et al. |
| 11 C 08626 | Burnett v. City Of Chicago et al. |
| 12 C 01406 | Hemphill v. Randle et al. |
| 12 C 06866 | Central Laborers Pension Fund et al. v. MPC Containment International |
| 12 C 08744 | Villarreal et al. v. Dart et al. |
| 12 C 10100 | Weaver v. Hardy et al. |
| 13 C 01621 | Jeffries v. Revolutionary Hotels Inc. et al. |
| 13 C 02668 | Deutsche Bank National Trust Company v. Ketelhut et al. |
| 13 C 03936 | Pather-Brunton v. Illinois Nurses Association |
| 13 C 05261 | Laborers Pension et al. v. Quick Cuts Concrete Cutting LLC et al. |
| 13 C 06058 | Plumbers Pension Fund Local 130, U.A. et al. v. Shonchar Enterprises |
| 13 C 06761 | Rogers v. Jewel Osco Food Stores |

List of Cases to be Reassigned from The Honorable Robert W. Gettleman to the Initial Calendar of The Honorable Sara L. Ellis

| | |
|---|---|
| 09 C 05252 | Ibrahim v. Chicago Transit Authority |
| 11 C 01331 | Laborers Pension Fund et al. v. Brandonisio Construction Corp. et al. |
| 12 C 04789 | Murray et al. v. Bill Me Later, Inc. |
| 12 C 05704 | Satterfield v. Lime Energy Co. et al. |
| 12 C 07962 | Armstrong v. BNSF Railway Company |
| 13 C 00188 | Marshall et al. v. Boeing Company, The et al. |
| 13 C 01795 | reFX Audio Software Inc. v. Does 1-111 |
| 13 C 02227 | Bravado International Merchandising, Inc. v. Various John Does et al. |
| 13 C 03995 | Balmoral Home, Inc. v. CMK Healthcare Training Center, LLC et al. |
| 13 C 04715 | Mustafa et al. v. Veterans Distribution of Chicago, Inc. et al. |
| 13 C 05985 | Charles E. Anderson, Trustee v. Pekin Glass & Mirror Company et al. |
| 13 C 06626 | Ohio Security Insurance Company v. AU Electronics, Inc. et al. |

List of Cases to be Reassigned from The Honorable Joan B. Gottschall to the Initial Calendar of
The Honorable Sara L. Ellis

| | |
|---|---|
| 10 C 02413 | United States of America et al. v. Generations Healthcare, LLC et al. |
| 12 C 02892 | Montes v. Cicero Public School District 99 |
| 12 C 08652 | Hill v. Appleberry et al. |
| 13 C 01980 | U.S. Bank National Association v. Alexander |
| 13 C 03897 | Marquez v. Try Our Pallets Inc. et al. |
| 13 C 06208 | Cahue v. Front Range Environmental, LLC et al. |

List of Cases to be Reassigned from The Honorable Ronald A. Guzman to the Initial Calendar of
The Honorable Sara L. Ellis

| | |
|---|---|
| 11 C 06102 | Doe v. Lee et al. |
| 12 C 04845 | Pack v. Moore et al. |
| 12 C 09549 | HSBC Bank USA, N.A. v. Leon et al. |
| 13 C 01689 | Royal American Corporation and Subsidiary v. United States of America |
| 13 C 02900 | Kimyuna Jackson v. The Village of Bellwood, et al. |
| 13 C 03639 | Rielly v. Target Corporation |
| 13 C 03738 | Sanders v. Comcast Cable Communications Management, LLC |
| 13 C 04200 | Evans v. Dart et al. |
| 13 C 05477 | Sysco Corporation et al. v. Katz et al. |
| 13 C 05589 | Brendan Mortgage v. Lanum et al. |
| 13 C 05642 | Brendan Financial Inc v. Lanum et al. |
| 13 C 06518 | Deutsche Bank National Trust Company v. Bahena et al. |
| 13 C 06576 | Serrano v. Pfister et al. |

List of Cases to be Reassigned from The Honorable James F. Holderman to the Initial Calendar of The Honorable Sara L. Ellis

| | |
|---|---|
| 10 C 05654 | Corus Bankshares, Inc. v. Federal Deposit Insurance Corporation |
| 11 C 00053 | Corus Bankshares Inc. v. Federal Deposit Insurance Corporation |
| 11 C 03537 | PNC Bank, National Association v. Fedirko et al. |
| 11 C 06846 | Assenato et al. v. Target Corporation et al. |
| 12 C 05225 | Deutsche Bank National Trust Company v. Larkin et al. |
| 13 C 00106 | Evans v. Montgomery Place |
| 13 C 01032 | Suttle v. City Of Chicago et al. |
| 13 C 03220 | Ledic v. Office of Transitional Administrator Earl Dunlap  et al. |
| 13 C 04190 | FirstMerit Bank, N.A., for George Washington Bank v. Meadows et al. |
| 13 C 05123 | Aguirre-Millhouse v. Colvin |
| 13 C 05708 | Liu v. City Of Chicago et al. |
| 13 C 06073 | FirstMerit Bank, N.A. v. Chicago Management Consultants, Inc. et al. |
| 13 C 06658 | Kuipers-Theriault v. Penske Truck Leasing |

List of Cases to be Reassigned from The Honorable Virginia M. Kendall to the Initial Calendar
of The Honorable Sara L. Ellis

| | |
|---|---|
| 11 C 05510 | Roberts v. Rosenthall et al. |
| 12 C 07855 | Gupta v. C.O. Owens et al. |
| 12 C 09391 | Allen et al. v. Jackson National Life Insurance Company |
| 12 C 10155 | Teksystems, Inc. v. Lajiness et al. |
| 13 C 00468 | Patel  v. Portfolio Diversification Group, Inc. et al. |
| 13 C 02687 | Jovan Gilbert v. Inv. Pamon Mir, et al. |
| 13 C 02926 | WPM Construction, LLC et al. v. Perkins + Will, Inc et al. |
| 13 C 03837 | TCYK, LLC v. Does 1-114 |
| 13 C 04788 | WMS Gaming, Inc. v. IGT |
| 13 C 05408 | Hackhel v. Adams Street Partners |
| 13 C 06165 | Lyle v. Unknown Police Officer et al. |
| 13 C 06749 | Furman v. JP Morgan Chase & Co et al. |

List of Cases to be Reassigned from the Honorable Matthew F. Kennelly to the Initial Calendar of the Honorable Sara L. Ellis

| | |
|---|---|
| 08 C 02917 | Trotter v. Lemke |
| 11 C 05509 | Ezell v. County of Cook, Illinois et al. |
| 12 C 01668 | Groves v. United Airline |
| 12 C 05830 | Reimann v. Johnson et al. |
| 12 C 08664 | Ghanayem v. Ideal Logistics, Inc. et al. |
| 12 C 10311 | Chicago Teachers Union et al. v. Board of Edu. City of Chicago et al. |
| 13 C 01013 | Santiago v. City of Chicago Board of Education |
| 13 C 02706 | Malibu Media LLC v. Doe |
| 13 C 04040 | Wells Fargo Bank, N.A. v. Arreola et al. |
| 13 C 04860 | Rogers v. North Middle School District 45 et al. |
| 13 C 05467 | Winn v. Illinois Department of Correction et al. |
| 13 C 05980 | Sams-Carey v. Adventist Hinsdale Hospital et al. |

List of Cases to be Reassigned from The Honorable Charles P. Kocoras to the Initial Calendar of The Honorable Sara L. Ellis

11 C 00105    C.H. Robinson Worldwide, Inc. v. Auster Acquisitions, LLC et al.
    11 C 00125    Jack Tuchten Wholesale Produce Inc v. Auster Acquisitions et al.
12 C 09579    Sweatt v. Union Pacific Railroad Company
13 C 00537    Alizadeh v. Tellabs, Inc. et al.
    13 C 01066    Sasala v. Tellabs, Inc. et al.
    13 C 02116    Nicholas v. Birck, et al.
13 C 03756    Duffer v. United Continental Holdings, Inc.  et al.
13 C 05140    Allstate Insurance Company v. Regions Bank
13 C 06234    Niketopoulos v. Colvin

List of Cases to be Reassigned from The Honorable John Z. Lee to the Initial Calendar of The Honorable Sara L. Ellis

| | |
|---|---|
| 07 C 00437 | White v. Monohan et al. |
| 10 C 07811 | Maremont v. Susan Fredman Design Group, Ltd. et al. |
| 11 C 06560 | Gonzalez v. Mitchell-Lawshea et al. |
| 11 C 08578 | Gonzalez v. Hardy et al. |
| 12 C 02654 | Holshouser v. Abbott Laboratories |
| 12 C 05963 | Zimny v. Cook County Sheriff's Office et al. |
| 12 C 08208 | Belvidere Farmers Mutual Insurance Company v. Sunbeam Products, Inc. |
| 12 C 10032 | Cengage Learning, Inc. et al. v. Does 1-25 |
| 13 C 01684 | Hoffman v. First Mortgage Corporation |
| 13 C 03160 | Dow, a minor by her father, Patrick Dow et al. v. Dick's Sporting Goods |
| 13 C 04719 | The Northern Illinois Benefit Fund et al. v. Pellegrini Plumbing et al. |
| 13 C 05354 | Philadelphia Indemnity Insurance Co. v. Toledo Museum of Art et al. |
| 13 C 06259 | Roads, LLC v. Sierra Pacific Mortgage Company, Inc. |

List of Cases to be Reassigned from The Honorable Joan Humphrey Lefkow to the Initial
Calendar of The Honorable Sara L. Ellis

| | |
|---|---|
| 10 C 06560 | Jacobs v. Anglin et al. |
| 11 C 07152 | United States Securities and Exchange Commission v. Webb et al. |
| 12 C 04993 | Laborers Pension Fund et al. v. Basic Brothers, Inc. |
| 12 C 09390 | Piazza Produce, Inc. v Flat Out Crazy LLC et al.. |
| 13 C 03554 | Sanders v. Rainbow Apparel of America, Inc. |
| 13 C 05938 | Whirley  v. Pasqua et al. |

List of Cases to be Reassigned from The Honorable Harry D. Leinenweber to the Initial Calendar of The Honorable Sara L. Ellis

| | |
|---|---|
| 09 C 07798 | Chicago Carpenters Pension et al. v. FCJ Real Estate Develop. Co. et al. |
| 11 C 04562 | Wagner v. Hardy et al. |
| 12 C 01344 | Gresham-Walls v. Circuit Court Clerk of Cook County |
| 12 C 06051 | Martorana v. Village of Elmwood Park et al. |
| 12 C 09542 | Trek Bicycle Corporation v. Subaru of America, Inc |
| 12 C 10269 | Redding v. Grayslake School District |
| 13 C 01750 | Jimmerson v. Sarabia et al. |
| 13 C 02650 | Goodloe v. Harrington et al. |
| 13 C 03920 | Maxum Indemnity Company v. Columbia Casualty Company |
| 13 C 04902 | True Value Company v. Bucklin et al. |
| 13 C 05444 | Ojeda et al. v. American Steelworks, Inc. et al. |
| 13 C 06630 | DRW Invest. LLC et al. v. U.S. Commodity Futures Trading Commission |

List of Cases to be Reassigned from The Honorable Charles Norgle to the Initial Calendar of The
Honorable Sara L. Ellis

| | |
|---|---|
| 10 C 08038 | Peterson v. Eide Bailly LLP |
| 11 C 07394 | Logan v. Claypool et al. |
| 12 C 02641 | Berkley Net Insurance, v. Adaptive Power Systems, Inc. |
| 12 C 05990 | Ilin et al. v. The J. Jill Group, Inc. |
| 12 C 09389 | Firstmerit Bank, N.A. v. Smolenski et al. |
| 13 C 00622 | Christian Assembly Rios de Agua Viva v. City of Burbank, Illinois |
| 13 C 01844 | Teamsters Union 710 Pension et al. v. Bank of New York Mellon Corp. |
| 13 C 03094 | Fridman v. NYCB Mortgage Company, LLC |
| 13 C 03913 | Wells Fargo Bank, National Association v. Aguirre et al. |
| 13 C 05033 | Mayberry v. Dart et al. |
| 13 C 05935 | Odish v. Prudential Insurance Company of America, The et al. |
| 13 C 06895 | Wasilewski v. Dart et al. |

List of Cases to be Reassigned from The Honorable Rebecca R. Pallmeyer to the Initial Calendar of The Honorable Sara L. Ellis

| | |
|---|---|
| 10 C 08040 | Flores v. Cook County et al. |
| 11 C 07685 | Welch v. Veolia Environmental Services |
| 12 C 05179 | Brown v. Wynscape Nursing & Rehabilitation Center et al. |
| 12 C 08220 | Neil v. Lesch et al. |
| 12 C 09977 | Calvin v. The Olive Garden USA |
| 13 C 00831 | Laborers Pension Fund et al. v. Christy Webber & Co. |
| 13 C 02214 | Manning v. City Of Blue Island et al. |
| 13 C 03271 | Gaston v. United Parcel Service, Inc., |
| 13 C 04216 | Walker v. Considine et al. |
| 13 C 05276 | Butler v. Chicago Transit Authority |
| 13 C 06037 | York v. Northstar Location Services, LLC |
| 13 C 06723 | Mars v. Harrington et al. |

List of Cases to be Reassigned from The Honorable Milton I. Shadur to the Initial Calendar of
The Honorable Sara L. Ellis

| | |
|---|---|
| 07 C 04287 | Scott v. Wallace et al. |
| 11 C 01144 | Gamboa et al. v. Beechtree Partners, LLC |
| 11 C 07047 | Taylor v. City Of Chicago et al. |
| 12 C 02263 | Johnson v. Hardy et al. |
| 12 C 05950 | U.S. Bank, National Association v. Brady et al. |
| 12 C 09568 | Quality Logo Products, Inc. v. Dell, Inc. et al. |
| 13 C 00918 | Jones Lang Lasalle Americas, Inc. v. Richards |
| 13 C 02238 | Brown v. City of Chicago et al. |
| 13 C 03182 | Javier Montes, a minor by, Martha Montes v. Deputy Sheriff John Doe |
| 13 C 04287 | Nedzvekas v. Personal Finance Company LLC. et al. |
| 13 C 05292 | SITE B, LLC v. DOES 1-40 |
| 13 C 06141 | Simpson v. Donahoe |

List of Cases to be Reassigned from The Honorable Amy J. St. Eve to the Initial Calendar of The
Honorable Sara L. Ellis

| | |
|---|---|
| 12 C 00329 | Thornton et al. v. Hamilton Sundstrand Corp. et al. |
| 12 C 04087 | Maldonado v. Golren Enterprises Inc. et al. |
| 12 C 08609 | Hubbell Industrial Controls, Inc. et al. v. Electro Power Systems of Utah |
| 12 C 09598 | Bickelhaupt v. Sebelius et al. |
| 13 C 00920 | Coosemans Chicago Inc. v. Phoenix Produce Company et al. |
| 13 C 01932 | Wouk v. MONDI Packaging USA INC |
| 13 C 02944 | Select Rehabilitation, Inc. v. St. James Nursing & Physical Rehab Center |
| 13 C 04046 | Tomeo v. Citigroup Inc. |
| 13 C 04863 | Kolcraft Enterprises, Inc. v. Artsana USA, Inc. et al. |
| 13 C 05422 | Hendricks et al. v. Novae Underwriting, LTD |
| 13 C 06247 | Drai v. Pietropaoli et al. |
| 13 C 06764 | Cole v. Lemke |

List of Cases to be Reassigned from The Honorable John J. Tharp Jr. to the Initial Calendar of
The Honorable Sara L. Ellis

| | |
|---|---|
| 11 C 02504 | Chicago Title Insurance Company v. Sinikovic et al. |
| 11 C 08465 | Ballou v. I-Talk Wireless, LLC et al. |
| 12 C 02585 | Nichols v. Hardy et al. |
| 12 C 08601 | Godfrey et al. v. City Of Chicago |
| 12 C 10327 | Mitchell v. CEF Industries, LLC |
| 13 C 00020 | Ramirez v. Astrue |
| 13 C 01682 | Daniels et al. v. Campbell et al. |
| 13 C 03078 | PNC Bank, National Association v. Guzinski Builders, Inc. et al. |
| 13 C 04527 | Petersen v. Mabus |
| 13 C 05698 | Nido v. Zelaya et al. |
| 13 C 05785 | Chicago Carpenters Pension et al. v. Cannon Management, LLC et al. |
| 13 C 06548 | Feuer v. Account Discovery Systems, LLC |

List of Cases to be Reassigned from The Honorable James B. Zagel to the Initial Calendar of The Honorable Sara L. Ellis

| | |
|---|---|
| 10 C 04814 | Bank of America, N.A. v. Schmidt et al. |
| 11 C 00844 | Gralewski v. United States of America |
| 11 C 04319 | Joe Hand Promotions, Inc. v. Zani et al. |
| 11 C 07762 | SCI Illinois Services, Inc. v. Coli, John T., Sr. et al. |
| 12 C 03736 | LeMay vs. Oboisi |
| 12 C 06876 | Grinnell Mutual Reinsurance Company v. Ramsgate Insurance, Inc. et al. |
| 12 C 08654 | Malinowski v. Wexford Health Sources, Inc. et al. |
| 12 C 10350 | Falco v. Brinson Company, Inc. |
| 13 C 01199 | Wiggins et al. v. Merscorp Inc et al. |
| 13 C 04776 | Arka Logistics Inc. v. Pilot Corporation et al. |
| 13 C 05575 | Stein v. Rent The Runway, Inc. |
| 13 C 06442 | Cement Masons Pension Fund, Local 502 et al. v. Kats & Sons, Inc. |