## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re Peregrine Financial Group Customer Litigation , <br><br> Plaintiff(s), <br><br> v. <br><br> , <br><br> Defendant(s). | Case No. 12-cv-5546 <br> Judge Sara L. Ellis |

## **ORDER**

(:10)
Status hearing held and continued to 11/5/2014 at 9:30 AM. Fact discovery closes 11/4/2014. Joint motion regarding sealed status of second consolidated amended class action complaint [253] is granted. It is hereby ordered that the Second Consolidated Amended Class Action Complaint is hereby unsealed. In Court Hearing as to Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and for Class Certification in Light of Settlement [250] is set for 9/30/2014 at 10:30 AM.

Date: 9/25/2014

/s/ Sara L. Ellis