IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re Peregrine Financial Group Customer Litigation , <br><br> Plaintiff(s), <br><br> v. <br><br> , <br><br> Defendant(s). | Case No. 12-cv-5546 <br> Judge Sara L. Ellis |

## **ORDER**

(:25)
Motion hearing held. Parties appear on motion to preliminarily approve settlement with JP Morgan. US Bank's objection is denied for lack of standing. Secure Leverage Plaintiffs' objection to the preliminary approval of the settlement with JP Morgan is denied. Plaintiffs' motion for preliminary approval of class action settlement and for class certification in light of settlement [250] is granted. Final approval hearing date is set for January 29, 2015 at 10:30 am. Enter Order Preliminarily Approving Proposed Settlement and Providing Notice. Order [Dkt 258] is amended to include the following: It is hereby ordered that the Second Consolidated Amended Class Action Complaint [169] and Plaintiffs' Memorandum of Points and Authorities in Opposition to U.S. Bank's Motion to Dismiss [193] are hereby unsealed and shall be made available for view on the court's public docket. Remaining parts of Order to stand.

Date: 9/30/2014

/s/ Sara L. Ellis