UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re Peregrine Financial Group Customer Litigation* | Civil Action No. 12-cv-5546 <br><br> Judge Sara L. Ellis <br><br> Magistrate Judge Daniel G. Martin |

**PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND
REIMBURSEMENT OF EXPENSES**

Plaintiffs, individually and on behalf of the certified Class, respectfully move this Court for an order (i) awarding attorneys' fees in the amount of twenty-five percent of JPMorgan's $1.25 million Distribution Cash Payment, amounting to a fee of $312,500; and (ii) reimbursing Class Counsel for the costs and expenses of litigation in the amount of $351,509.55.

The Notice of settlement notified Class members that Class Counsel intended to request (i) an award of attorneys' fees up to twenty-five percent of JPMorgan's $1.25 million Distribution Cash Payment, and (ii) the reimbursement of Class Counsel's reasonable costs and expenses related to the litigation.

The requested fees of twenty-five percent are below the typical range approved in class action settlements, and the requested litigation expenses exclude the substantial costs such as depositions or testifying expert fees that were avoided by achieving this Settlement relatively early in the litigation against JPMorgan. The requested fees and expenses are especially modest when viewed in light of the positive result achieved for the Class. The approximately $12 million total Settlement offers the Class a meaningful recovery against one Defendant in this action, in

spite of the factual and legal challenges and uncertainties Plaintiffs faced in prosecuting their claims against JPMorgan.

In support of this Motion, Class Counsel submits the accompanying Plaintiffs' Memorandum of Law in Support of Their Motion for an Award of Attorneys' Fees and Reimbursement of Expenses, the Declaration of Co-Lead Counsel Michael C. Dell'Angelo, and accompanying exhibits.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order, substantially in the form attached to Plaintiffs' Memorandum of Law as Exhibit 1, awarding the requested attorneys' fees and expenses.

Dated: December 23, 2014

                                          Respectfully submitted,

                                          /s/ Michael Dell'Angelo
                                          Merrill G. Davidoff
                                          Michael C. Dell'Angelo
                                          Jennifer MacNaughton
                                          BERGER & MONTAGUE, P.C.
                                          1622 Locust Street
                                          Philadelphia, PA 19103
                                          Telephone: (215) 875-3000
                                          Facsimile: (215) 875-4604
                                          mdellangelo@bm.net

                                          Daniel C. Girard
                                          David Stein
                                          GIRARD GIBBS LLP
                                          601 California Street, Suite 1400
                                          San Francisco, CA 94104
                                          Telephone: (415) 981-4800
                                          Facsimile: (415) 981-4846
                                          dcg@girardgibbs.com

                                          *Co-Lead Counsel for Plaintiffs*
                                          *and the Proposed Class*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 23, 2014, a copy of the foregoing document was filed electronically with the United States District Court for the Northern District of Illinois. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    By: /s/ Michael Dell'Angelo