

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re Peregrine Financial Group Customer Litigation, <br><br> Plaintiff(s), <br><br> v. <br><br> , <br><br> Defendant(s). | Case No. 12-cv-5546 <br> Judge Sara L. Ellis |

## ORDER

(T:40)
Final Approval hearing held. Status hearing held. Plaintiffs' motion for final approval of class action settlement and plan of allocation [282] is granted. Enter Final Judgment and Order of Dismissal with Prejudice. Enter Order approving Plan of Allocation. Plaintiffs' motion for award of attorneys' fees and reimbursement expenses [285] is granted. Enter Order awarding attorneys' fees and expenses. Status hearing held on 1/27/2015. Customer Plaintiffs and U.S. Bank modified discovery deadlines: Plaintiffs to submit expert reports by 6/17/2015. Defendants to submit expert reports by 7/17/2015. Plaintiffs rebuttal reports due by 8/17/2015. Expert discovery ordered closed by 9/11/2015. Status hearing set for 6/2/2015 at 9:30 AM to report on settlement.

Date: 1/27/2015 /s/ Sara L. Ellis

2015 FEB -9 PM 12:36