EXHIBIT D

# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *In re Peregrine Financial Group Customer Litigation* | Civil Action No. 12-cv-5546<br><br>Judge Sara L. Ellis<br><br>Magistrate Judge Daniel G. Martin |

## PLAN OF ALLOCATION

1. Capitalized terms not otherwise defined herein shall have the same meaning attributed to such terms in the Settlement Agreement.

2. Upon the Effective Date, the Net Settlement Fund shall be distributed to Settlement Class Members in accordance with this Plan of Allocation.

3. Settlement Class Members who hold an Allowed Claim in the Bankruptcy Case are not required or permitted to file a claim in connection with the Settlement, and will automatically participate in the Settlement through the Bankruptcy Case, subject to Paragraph 9 hereof.

4. Settlement Class Members who do not hold an Allowed Claim in the Bankruptcy Case are required to file a claim to participate in the Settlement. A Settlement Class Member who files such a claim is referred to as a "New Claimant."

5. Each Settlement Class Member who is a New Claimant shall receive a share of the Net Settlement Fund that is determined by multiplying the amount of such New Claimant's timely claim as approved in the Customer Class Action by a payment ratio computed as: the Net Settlement Fund divided by $215,000,000.00. In order to reduce administrative costs, no

1

**EXHIBIT D**

disbursement will be made to a New Claimant if the New Claimant's share of the Settlement Fund as computed in this paragraph will be less than $10.00.

6. The aggregate amount to be disbursed to New Claimants shall under no circumstances exceed 50% of the Net Settlement Fund. If the total disbursable amount to New Claimants would exceed 50% of the Net Settlement Fund, then the payments to New Claimants shall be reduced proportionately.

7. After the determination of the aggregate amount to be disbursed to the New Claimants, the balance of the Net Settlement Fund shall be transferred to the Trustee for distribution to Settlement Class Members who hold Allowed Claims in the Bankruptcy Case.

8. All disbursements to Settlement Class Members who hold Allowed Claims in the Bankruptcy Case shall be made by the Trustee. All disbursements to New Claimants shall be made by Co-Lead Counsel or such other person as the Parties may designate, in writing.

9. Notwithstanding the foregoing, however, no member of the Settlement Class who delivers a valid and timely request for exclusion from the Settlement Class shall receive any portion of the Net Settlement Fund.

10. This Plan of Allocation is severable from the remainder of the Agreement. Approval of the Plan of Allocation by the District Court is not an integral part of, or a condition for, the effectuation of any other portion of the Agreement. Similarly, any modification of this Plan of Allocation will not affect the any other provision of the Agreement.