**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Peregrine Financial Group Customer Litigation* | Case No. 12-cv-5546<br><br>Judge Sara L. Ellis<br><br>Magistrate Judge Daniel G. Martin |

**REVISED DECLARATION OF DANIEL C. GIRARD
IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
(DKT. 409) TO INCLUDE EXHIBIT B-3**

1.      I am a partner at the law firm Girard Gibbs LLP, one of the firms appointed to serve as Co-Lead Class Counsel for the proposed class in the *In re Peregrine Financial Group Customer Litigation.* I make this declaration based on personal knowledge and, if called to do so, could testify to the matters contained herein.

2.      The declaration I submitted yesterday, June 18, 2015, was entered as Attachment 1 to Docket Entry 410. The declaration erroneously omitted **Exhibit B-3**. I submit this corrected declaration to include that exhibit in the list below, and to submit the exhibit to the Court as an attachment hereto. All other exhibits listed below were attached to my prior declaration and are not resubmitted with this declaration.

3.      Attached as **Exhibit 1** is a true and correct copy of the Settlement Agreement.

4.      The exhibits to the Settlement Agreement are assigned letters, and are attached hereto as follows:

5.      Attached as **Exhibit A** is a true and correct copy of a proposed Bankruptcy Approval Order.

6.      Attached as **Exhibits B-1** and **B-2** are true and correct copies of the proposed long form Notice to the Class and the proposed short form Notice to the Class.

7.      Attached as **Exhibit B-3** is a true and correct copy of a proposed Class Action Proof of Claim Form.

8.       Attached as **Exhibit C** is a true and correct copy of a proposed Final Judgment.

9.      Attached as **Exhibit D** is a true and correct copy of the proposed Plan of Allocation.

10.      Attached as **Exhibit E** is a true and correct copy of the Proposed Order preliminarily approving the settlement, certifying the class for settlement purposes, approving the proposed form and manner of notice, and setting a date for the fairness hearing. Contemporaneously with this filing, a Word version of the proposed order was emailed to the Court.

11.      Attached as **Exhibits 2** and **3** are true and correct copies of resumes for Co-Lead Class Counsel's firms, Girard Gibbs LLP and Berger & Montague, P.C., respectively.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19th day of June 2015 in San Francisco, California.

    /s/  *Daniel C. Girard*        
                Daniel C. Girard

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2015 a true and correct copy of the foregoing

Declaration of Daniel C. Girard In Support Of Plaintiffs' Unopposed Motion For Preliminary

Approval Of Class Action Settlement And For Class Certification For Settlement Purposes was

filed electronically using the CM/ECF system, which caused copies to be delivered to all counsel

of record.


 /s/   *Daniel C. Girard*