# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re Peregrine Financial Group Customer Litigation* ) ) ) ) ) ) ) ) ) | Civil Action No.: 12-CV-5546<br><br>Honorable Sara L. Ellis |

## U.S. BANK NATIONAL ASSOCIATION'S MOTION
## TO WITHDRAW APPEARANCE OF PETER W. CARTER

Pursuant to LR 83.17, Defendant U.S. Bank National Association ("U.S. Bank"), by its undersigned counsel, hereby moves this Court for leave to withdraw the appearance of Peter W. Carter, Esq., on its behalf. In support thereof, U.S. Bank states as follows:

1. Mr. Carter has accepted a position as executive vice president and chief legal officer of Delta Air Lines, Inc., and will resign from partnership in Dorsey & Whitney LLP.

2. All other attorneys who have appeared on behalf of U.S. Bank will remain as counsel of record.

WHEREFORE, U.S. Bank National Association respectfully requests that this Court enter an order granting it leave to withdraw the appearance of Peter W. Carter filed on its behalf.

Dated: June 30, 2015

                                              Respectfully submitted,

                                              U.S. BANK NATIONAL ASSOCIATION

                                              By  /s/ Eric R. Sherman
                                                    One of Its Attorneys

Eric R. Sherman
Kristina L. Carlson
Paul R. Dieseth
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
(612) 340-2600

Steven A. Levy
Kenneth S. Ulrich
Kerry D. Nelson
GOLDBERG KOHN, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on June 30, 2015, he caused a true and correct copy of **U.S. BANK NATIONAL ASSOCIATION'S MOTION TO WITHDRAW APPEARANCE OF PETER W. CARTER** to be served via the Court's ECF/electronic mailing system.

/s/ Eric R. Sherman