UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re Peregrine Financial Group Customer Litigation* | Civil Action No. 12-cv-5546 <br><br> Judge Sara L. Ellis <br><br> Magistrate Judge Daniel G. Martin |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

Plaintiffs, individually and on behalf of the certified Class, hereby move for final approval of the proposed class-wide settlement (the "Settlement") with Defendant U.S. Bank, N.A. and with Ira Bodenstein in his capacity as Chapter 7 Trustee for the estate of Peregrine Financial Group, Inc. ("PFG"). In support of their Motion, Plaintiffs state as follows:

1.  The proposed Settlement mutually resolves claims between Plaintiffs, U.S. Bank, and the Trustee. Pursuant to its terms: U.S. Bank will make a cash payment to the proposed Settlement Class of $44.5 million and, upon final approval, the Bank will dismiss its appeal of the same Class's earlier settlement with defendant JPMorgan Chase Bank, N.A., freeing up an additional $11 million for distribution to the Class.

2.  As explained in Plaintiffs' Memorandum of Law accompanying this Motion, which is incorporated herein by reference, the Settlement satisfies the applicable legal tests for final approval, adequate notice was provided to the Class consistent with the Court's order preliminarily approving the settlement, and the Plan of Allocation is fair and reasonable.

3.  The proposed Settlement is fair, reasonable, and well within the range of possible approval as per the factors courts in this Circuit have prescribed for considering final approval.

      a.      The $44.5 million recovery for the Class is an excellent result in light of the strengths, weaknesses, and uncertainties of Plaintiffs' claims.

      b.      The Settlement will spare Plaintiffs and the Class the time and expense of litigating this highly technical case against U.S. Bank.

      c.      All seven Class Representatives support the Settlement, and no Class member has objected to it.

      d.      Plaintiffs' counsel, who are highly experienced in class action and complex litigation, believe the Settlement is a favorable result for the Class.

      e.      Counsel have adequate information to make a fully-informed assessment of the Settlement based on their extensive factual investigation.

      f.      The Settlement is the result of arms-length negotiation and does not unfairly favor Plaintiffs or Class Counsel.

4.      The individual notice given to the members of the Settlement Class who could be identified through the Trustee's records in the Bankruptcy Case and any additional reasonable effort was fair, adequate, and the best notice practicable under the circumstances.

5.      The proposed Plan of Allocation is fair and reasonable and appropriately tailored to the facts at issue in this case.

WHEREFORE, Plaintiffs respectfully request that the Court:

(1) enter an Final Judgment and Order of Dismissal With Prejudice, substantially in the form attached hereto, finally approving the Settlement and dismissing Plaintiffs' and the Class's claims against U.S. Bank with prejudice;

(2) enter an Order, substantially in the form attached hereto, approving the Plan of Allocation of the Settlement proceeds (net of attorneys' fees and reimbursed expenses), as proposed by Class Counsel.

Dated: September 8, 2015

                                        Respectfully submitted,

*/s/ Michael Dell'Angelo*
Merrill G. Davidoff
Michael C. Dell'Angelo
Jennifer MacNaughton
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
mdellangelo@bm.net

Daniel C. Girard
David Stein
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dcg@girardgibbs.com

Co-Lead Counsel for Plaintiffs
and the Proposed Class

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 8, 2015, a copy of the foregoing document was filed electronically with the United States District Court for the Northern District of Illinois. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      By: _/s/ Michael Dell'Angelo_